**Order filed January 28, 2014.**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-13-00763-CR
_____

**VINCENT JOHN ZAHORIK, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the County Court at Law No. 2**
**Galveston County, Texas**
**Trial Court Cause No. MD-0322640**

## ORDER

Appellant is represented by retained counsel, Anthony P. Griffin. The reporter's record in this appeal was due October 21, 2013. Jana Fowler, the official court reporter, filed a partial reporter's record on November 20, 2013. Tara Wilson, the substitute court reporter who reported the remainder of the case, informed this court that appellant had not made full payment for the remainder of the reporter's record. On December 30, 2013, the clerk of this court notified appellant that we would consider and decide those issues that do not require a complete reporter's record unless appellant, within 15 days of the notice, provided

this court with proof of payment for the record. *See* Tex. R. App. P. 37.3(c). On January 21, 2014, Tara Wilson notified the court that the amount owing for payment for the remainder of the record remains outstanding.

Accordingly, we issue the following order:

Appellant is ordered to provide this court with proof of payment for preparation of the remainder of the record on or before **February 24, 2014.** If appellant fails to comply, the court will require appellant to file a brief with the benefit of only a partial reporter's record and the court will consider and decide those issues that do not require a complete reporter's record. If the remainder of the record is not filed, appellant's appeal will be decided on a partial record.

PER CURIAM